IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILLIS MARSHALL,

    Plaintiff,

v.                                                                                  No. 16-cv-0887 GBW/SMV

LEA REGIONAL HOSPITAL, INC.;
BILL WEHNER; and COMPASS ONE, LLC;

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte.  Plaintiff filed her Complaint against Defendants on August 3, 2016.  [Doc. 1] at 1.  Plaintiff had 90 days from filing the Complaint or until November 1, 2016, to effect service of process.  Fed. R. Civ. P. 4(m) (2015).  To date, there is no indication on the record that service of process has been effected with respect to any Defendant.

**IT IS THEREFORE ORDERED** that Plaintiff show good cause why her claims against Defendants should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m).  *See Espinoza v. United States*, 52 F.3d 838, 841 (10th Cir. 1995).  Plaintiff must file her response no later than **November 23, 2016**.

**IT IS SO ORDERED.**

                                                                   **STEPHAN M. VIDMAR**
                                                                  **United States Magistrate Judge**